SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>Plaintiff,<br><br>vs.<br><br>Joon H. Lee, et al,<br><br>Defendants | Case No.: CIV.S 08-cv-01078-GEB-EFB<br><br>**REQUEST FOR DISMISSAL OF JOON H. LEE; JAE W. LEE AND *Proposed* ORDER**<br><br>Complaint Filed: MAY 16, 2008<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Joon H. Lee; Jae W. Lee) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants.  Defendants (Joon H. Lee; Jae E. Lee) are dismissed because these Defendants are not proper parties to this action.

REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-01078-GEB-EFB

1

1 | Dated: September 7, 2008 /s/Scott N. Johnson
2 | SCOTT N. JOHNSON
3 | Attorney for Plaintiff
4 |
5 | **IT IS SO ORDERED**.
6 | _____
7 | GARLAND E. BURRELL, JR.
United States District Judge

2

REQUEST FOR DISMISSAL and Proposed ORDER
CIV: S-08-01078-GEB-EFB